# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

**STEVEN JOHNSON,**

    **Petitioner,**

**v.**

**TOM DALBEC,**
**Douglas County Sheriff,**

    **Respondent.**

**JUDGMENT**
**on a Motion pursuant to**
**28 U.S.C. § 2241**

**Case No. 08-cv-545-slc**

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is DISMISSED.

JOEL TURNER
_____
**Joel Turner, Acting Clerk**

**/s/ M. Hardin**
_____
**by Deputy Clerk**

**9/22/08**
_____
**Date**