# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

| | |
|---|---|
| **STEVEN JOHNSON,** | **JUDGMENT** |
| | on a Motion pursuant to |
| Petitioner, | 28 U.S.C. § 2241 |
| v. | Case No. 08-cv-545-slc |
| **TOM DALBEC,** <br> **Douglas County Sheriff,** | |
| Respondent. | |

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is DISMISSED.

JOEL TURNER
_____
Joel Turner, Acting Clerk

/s/ M. Hardin
_____
by Deputy Clerk

9/22/08
_____
Date