IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

STEVEN JOHNSON,

                      Petitioner,                              ORDER

     v.                                                            08-cv-0545-slc

TOM DALBEC,
Douglas County Sheriff,

                      Respondent.

---

Petitioner Steven Johnson has filed a motion for reconsideration, signed September 28, 2008, of this court's order and judgment entered September 22, 2008, in which I dismissed his petition for a writ of habeas corpus. I dismissed the petition without prejudice on the ground that petitioner had adequate remedies available to him in the state courts by which to present his claims, all of which relate to his pending state court criminal prosecution for robbery by threat of force. Having considered petitioner's motion, I am convinced that I did not err in dismissing his petition. Accordingly,

ORDER

Petitioner Steven Johnson's motion for reconsideration is DENIED.

Entered this 21st day of October, 2008.

        BY THE COURT:

        /s/

        BARBARA B. CRABB
        District Judge